THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NICO LEGRAND, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion by Legal Aid Society et al. for leave to file a brief and appendix amici curiae on the appeal herein granted. Three copies of the brief, with appendix attached thereto, may be served and an original and 24 copies of the brief, with appendix attached thereto, filed within seven days.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSHUA LINER, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SCOTT PARILLA, Appellant.

Submitted January 8, 2007; decided January 11, 2007

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.